# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KALCO LIGHTING LIMITED,

    Plaintiff(s),

v.

BETHEL INTERNATIONAL, et al.,

    Defendant(s).

Case No.: 2:18-cv-00514-APG-NJK

**ORDER**

Defendant Bethel's response to the complaint was due on May 9, 2018, Docket No. 6, but it hasn't appeared to date. Plaintiff has not advanced this case in the interim. Accordingly, Plaintiff shall file either a motion for default or a status report by July 3, 2018.

A proof of service has not been filed for Defendant Eom. Plaintiff shall also file a status report as to that service by July 3, 2018. Such status report shall also explain whether the time limit set in Rule 4(m) of the Federal Rules of Civil Procedure apply to the service on Defendant Eom.

IT IS SO ORDERED.

Dated: June 21, 2018

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge