1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KALCO LIGHTING LIMITED,

      Plaintiff(s),

v.

BETHEL INTERNATIONAL, et al.,

      Defendant(s).

Case No.: 2:18-cv-00514-APG-NJK

**ORDER**

16       Pending before the Court is status report indicating that the parties are engaged in
17 settlement discussions. Docket No. 8. No later than July 25, 2018, the parties shall file either
18 dismissal papers, a notice of settlement, or a further status report.

19       IT IS SO ORDERED.

20       Dated: July 9, 2018

21

22                                       Nancy J. Koppe
                                      United States Magistrate Judge

23
24
25
26
27
28

1